**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

In re:                                                                    Chapter   13
                                                                          Case No.   26-22019-dsj

      Joel Pichardo,
        Debtor,

      Madelyn Bisono,
        Joint Debtor.

------------------------------------------------------------------x

## <u>CREDITOR LOSS MITIGATION AFFIDAVIT</u>

I, Suzanne Youssef, Esq., affirm as follows:

On April 2 , 2026, I served a true copy of this *"Creditor Loss Mitigation Affidavit"*[1] upon the following parties via (first class mail, facsimile, CM/ECF or email) at the following addresses: Debtor's counsel, Allen A. Kolber, Esq. via ECF.

Pursuant to that request, the Debtor[2] must provide the following documents: N/A

- o   A copy of the Debtor's two (2) most recent federal income tax returns;

- o   A copy of the Debtor's last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor;

Or, if Debtor is self-employed:

- o   A copy of the Debtor's business three (3) most recent months' profit and loss statements, setting forth a breakdown of the monthly business income and expenses;

- o   A copy of the mortgagee's completed financial worksheet;

- o   Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs,

Other (please specify): the Debtor to submit the complete package along with supporting documentation.

---

[1] Italicized words in quotations indicate that there is a form by the same name on the Bankruptcy Court's website. These forms shall be used whenever applicable.

[2] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

Please be advised that Cenlar FSB as servicer for UNITED WHOLESALE MORTGAGE, LLC (the "Creditor") designates the following person to be its Loss Mitigation contact:

Name: **Suzanne Youssef , Esq.**

Firm:  **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

Phone Number: **516-280-7675**

Fax Number:  **516-280-7674**

Email Address:  syoussef@raslg.com

Dated:  April  2, 2026

*/s/  Suzanne Youssef, Esq.*